```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| ANNIE BERMAN and EDWARD BERMAN, | Civil Action No.: 10-cv-5866 |
| Plaintiffs, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| JANNEY MONTGOMERY SCOTT, LLC and MORGAN KEEGAN & CO., INC. | [ECF CASE] |
| Defendants. | |

-------------------------------------------------------x

Pursuant to Local Rule 1.4, Karen L. Phu of Isaacson & Wilson, P.S., moves this Court for leave to withdraw as counsel of record for Plaintiffs Annie Berman and Edward Berman.

Karen L. Phu will be leaving Isaacson & Wilson, P.S., on March 9, 2011. Plaintiffs will continue to be represented by Brian G. Isaacson and Mark J. Wilson, both of Isaacson & Wilson, P.S. The withdrawal of Karen L. Phu will not delay the prosecution or defense of this case.

In support of this Motion, undersigned counsel submits the Affidavit of Karen L. Phu, attached hereto as Exhibit A. A Proposed Order is attached hereto as Exhibit B.

WHEREFORE, Karen L. Phu respectfully moves for an Order permitting her to withdraw as counsel of record in this case, effective March 9, 2011.

Dated: March 8, 2011.

*[Handwritten: Motion granted as to Karen Phu. SO ORDERED 3-10-11]*

Respectfully submitted,

Karen L. Phu
*Admitted Pro Hac Vice*
Isaacson & Wilson, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Telephone:    206-448-1011

1

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that she has filed the foregoing motion with the ECF system of the U.S. District Court for the Southern District of New York, which will cause the motion to be served upon all counsel of record in this case.

Dated: March 8, 2011.

Karen L. Phu
*Admitted Pro Hac Vice*
Isaacson & Wilson, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Telephone: 206-448-1011