```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ANNIE BERMAN and EDWARD BERMAN,

          Plaintiffs,

          v.

JANNEY MONTGOMERY SCOTT, LLC
and MORGAN KEEGAN & CO., INC.

          Defendants.
-----------------------------------------------------------x

Civil Action No.: 10-cv-5866

[~~PROPOSED~~] ORDER GRANTING MOTION OF KAREN L. PHU FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ANNIE BERMAN AND EDWARD BERMAN

[ECF CASE]

Pursuant to Local Rule 1.4, the Court GRANTS the motion of Karen L. Phu for Leave to Withdraw as Counsel of Record for Plaintiffs Annie Berman and Edward Berman, and ORDERS that attorney Karen L. Phu shall be permitted to withdraw as counsel of record in this case.

IT IS SO ORDERED.

This 10th day of March, 2011.

_____
U.S. District Judge

1