**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x

ANNIE BERMAN and EDWARD BERMAN,

     Plaintiffs,

               v.

JANNEY MONTGOMERY SCOTT, LLC and
MORGAN KEEGAN & COMPANY, INC.

     Defendants.

--------------------------------------------------------x

Case No. 10-cv-5866 (PKC)

[ECF CASE]

**CERTIFICTE OF SERVICE**

    I certify that on April 15, 2011 I electronically filed the NOTICE OF

PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR

LEAVE TO AMEND THE COMPLAINT, the PLAINTIFFS' MEMORANDUM

OF LAW IN SUPPORT OF MOTION TO ALTER OR AMEND THE

JUDGMENT AND FOR LEAVE TO AMEND THE COMPLAINT , the

AFFIDAVIT OF BRIAN G. ISAACSON IN SUPPORT OF PLAINTIFFS'

MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR LEAVE TO

AMEND THE COMPLAINT with the Clerk of the Court using the CM/ECF

systems which sent notification of such filings to all parties/attorneys of record.

DATED:  April 18, 2011

**ISAACSON & WILSON, P.S.**

By: _____/s/ Brian G. Isaacson_____
       Brian G. Isaacson,
       NYSD Bar  # IB 8224
1515 Broadway 11th Floor
New York, NY 10036
Tel:     646-308-1600
Fax:    888-964-9449
Email:   briani@isaacsonwilson.com
*Attorney for Plaintiffs*