

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 05 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNIE BERMAN and EDWARD BERMAN, <br><br> Plaintiffs, <br><br> v. <br><br> JANNEY MONTGOMERY SCOTT, LLC and MORGAN KEEGAN & CO., INC. <br><br> Defendants. | 10-CV-5866 <br><br> NOTICE OF APPEAL |

Notice is hereby given that Plaintiffs Annie Berman and Edward Berman hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment Granting Defendant Morgan Keegan's Motion to Dismiss entered in this action on the 18th day of March, 2011, and the Order Denying Plaintiffs' Motion to Alter or Amend the Judgment and for Leave to File an Amend Copmplaint entered in this action on the 3rd day of June, 2011.

Pursuant to Local Civil Rule 83.8, the parties and their respective attorneys of record are as follows:

- Plaintiffs Annie Berman and Edward Berman

    Brian G. Isaacson
    Isaacson & Wilson, P.S.
    1200 Fifth Avenue Suite 1900
    Seattle, WA 98101
    Tel:   206-448-1011
    Fax:   206- 448-1022
    Email: briani@isaacsonwilson.com

Notice of Appeal - 1
Case No. 10-cv-05866

Mark J. Wilson
Isaacson & Wilson, P.S.
1200 Fifth Avenue Suite 1900
Seattle, WA 98101
Tel: 206- 448-1011
Fax: 206- 448-1022
Emai: mjwilson@isaacsonwilson.com

- Defendant Janney Montgomery Scott, LLC

    Lani A. Adler
    K&L Gates, LLC (NYC)
    599 Lexington Avenue
    New York, NY 10022-6030
    Tel: 212-536-3900
    Fax: 212-536-3901
    Email: lani.adler@klgates.com

    Jeffrey T. Kucera
    K&L Gates, LLC (Miami)
    Wachovia Financial Center
    200 S. Biscayne Blvd., Ste. 309
    Miami, FL 33131
    Tel: 305-539-3300
    Fax: 305-358-7095
    Email: jeffrey.kucera@klgates.com

    Karen P. Finesilver
    K&L Gates, LLC (Miami)
    Wachovia Financial Center
    200 S. Biscayne Blvd., Ste. 309
    Miami, FL 33131
    Tel: 305-539-3300
    Fax: 305-358-7095
    Email: Karen.finesilver@klgates.com

- Defendant Morgan Keegan & Co., Inc.

    Ronald S. Herzog
    Robinson Brog Leinwand Greene Genovese & Gluck PC
    875 Third Ave., 9th Floor
    New York, NY 10022-6225
    Tel: 212-603-6300
    Fax: 212-956-2164
    Email: rsh@robinsonbrog.com

G. Wayne Hillis, Jr.
Parker Hudson Rainer & Dobbs
285 Peachtree Cener Ave., NE
1500 Marquis II Tower
Atlanta, GA 30303
Tel:   404-523-5300
Fax:   404-522-8409
Email: gwh@phrd.com

Scott E. Zweigel
Parker Hudson Rainer & Dobbs
285 Peachtree Cener Ave., NE
1500 Marquis II Tower
Atlanta, GA 30303
Tel:   404-523-5300
Fax:   404-522-8409
Email: sez@phrd.com

DATED this _30d_ day of June, 2011.

**ISAACSON & WILSON, P.S.**

By: _/s/ Brian G. Isaacson_
Brian G. Isaacson,
NYSD #IB 8224
1515 Broaday 11th Floor
New York, NY 10036
Tel:    646-308-1600
Fax:    888-964-9449
Email:  briani@isaacsonwilson.com
*Attorney for Plaintiffs*

Notice of Appeal - 3
Case No. 10-cv-05866